**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-14445-CIV-MARTINEZ**

YELQUIN ALONZO
MACHADO LOPEZ,

Petitioner,

v.

SHERIFF OF MARTIN
COUNTY, FLORIDA, *et al.*,

Respondents.
_______________________________/

## ORDER

**THIS CAUSE** came before the Court on Petitioner Yelquin Alonzo Machado Lopez's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 [ECF No. 1]. Petitioner challenges his continued immigration detention without an individualized custody determination. (*See generally* Pet.). Respondents note, however, that Petitioner was afforded a custody redetermination hearing on November 10, 2026, in which the Immigration Judge released Petitioner under a bond of $3,000. (*See* Response [ECF No. 10]; *see also* November 10, 2026 Order of the Immigration Judge [ECF No. 10-1]). Because Petitioner was already afforded the relief he seeks, the Petition is **DISMISSED as moot**.

Accordingly, it is **ORDERED AND ADJUDGED** that the Petition, [ECF No. 1], is **DISMISSED as moot**. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY as moot** all pending motions.

**DONE AND ORDERED** in Miami, Florida, this 24 day of November 2026.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: all counsel of record